# UNITED STATES DISTRICT COURT

      MIDDLE       District of       TENNESSEE

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| MARLON BERNARD ELLIS | Case Number: 3:07-00059 |
| | USM Number: 18319-075 |
| | Michael C. Holley |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)  <u>One (1) through Seven (7)</u>  of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall be confined to a halfway house for a period of ten (10) months | 4/1/2015 |
| 2 | Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician | 3/20/2015 |
| 3 | Defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer | 3/27/2015 |
| 4 | Defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a community correction center at the direction of the Probation Officer. | 3/30/2015 |
| 5 | Defendant shall not commit another federal, state, or local crime | 4/12/2016 |
| 6 | Defendant shall not leave the judicial district without permission of the Court or the Probation Officer | 4/30/2015 |
| 7 | Defendant shall not commit another federal, state, or local crime | 4/12/2016 |

    The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.    7966       August 18, 2016
                                                                      Date of Imposition of Judgment

Defendant's Year of Birth:    1971

                                      /s/ Todd Campbell
                                         Signature of Judge

City and State of Defendant's Residence:        Todd J. Campbell, United States District Judge
    Nashville, Tennessee                        Name and Title of Judge

                                                          August 18, 2016
                                                           Date

| | |
|---|---|
| DEFENDANT: MARLON BERNARD ELLIS | Judgment — Page 2 of 2 |
| CASE NUMBER: 3:07-00059 | |

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   eighteen (18) months

No period of Supervised Release is imposed.

____   The Court makes the following recommendations to the Bureau of Prisons:

__X__   The Defendant is remanded to the custody of the United States Marshal.

____   The Defendant shall surrender to the United States Marshal for this District:

    ____   at _____ p.m. on _____

    ____   as notified by the United States Marshal.

____   The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    ____   before 2 p.m. on _____

    ____   as notified by the United States Marshal.

    ____   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

                                                     _____
                                                   United States Marshal

                                                   By: _____
                                                   Deputy United States Marshal